FILE COPY

No. 07-15-00187-CV

| | | |
|---|---|---|
| In the Interest of D.D., J.M., E.M., S.M., A.M., A.M., B.M., R.M., G.M., Children | § § § § § | From the 286th District Court of Hockley County<br><br>May 13, 2015<br><br>Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 13, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o